IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : 
: 
v. : Crim. No. 10-0388 (PGS)
: 
CESAR VINCES, : 
: 
Defendant. : 

## ORDER

AND NOW, this 29th day of November, 2010, upon motion of the defendant, Cesar Vinces, for an order postponing his surrender date, and good cause having been shown, it is hereby ORDERED:

1. That defendant's surrender date be postponed from November 29, 2010, to December 6, 2010; and

2. That the United States Probation Office and the United States Marshal's Service shall notify the Federal Bureau of Prisons of the change in the defendant's surrender date.

Peter G. Sheridan
United States District Judge